## CONSENT TO PURSUE WAGE CLAIM

ξ   I, _____Jaelyn Riethmiller_____(print name), consent and agree to pursue my claims for unpaid wages through a lawsuit brought under the Fair Labor Standards Act and any state wage and hour law.

ξ   I intend to pursue my claim individually, unless and until the court certifies this case as a collective or class action. I agree to serve as the class representative if I am selected by counsel.

ξ   I authorize the named Plaintiff and my attorneys to file and prosecute my claim for unpaid wages on my behalf, and designate the named Plaintiff and my attorneys to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims, entering into an agreement with the lawyers in this case, and I understand I will be bound be such decisions.

ξ   I agree to be represented by Hodges & Foty LLP and The Lazzaro Law Firm, LLC.

ξ   If my consent form is stricken or if I am for any reason not allowed to participate in this case, I authorize Plaintiff's counsel to use this Consent Form to re-file my claims in a separate or related action against my employer.

Date____7/28/2021_____          Signature_____

DocuSigned by:

F5A49AC6ADA5410...