UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AIMY McCROSKY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MILLER'S ALE HOUSE, INC.<br><br>Defendant. | Civil Action No. 2:22-cv-00778 |

# ORDER OF COURT

AND NOW, on this 16th day of May, 2022, it is hereby ORDERED that the application of William M. Hogg, Esq., to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is hereby GRANTED.[1]

BY THE COURT:

*/s/ Mitchell S. Goldberg*
_____
Judge Mitchell S. Goldberg

-1-

---

[1] [NextGen CM/ECF | Eastern District of Pennsylvania | United States District Court (uscourts.gov)](#)